```
                    FILED
             U.S. DISTRICT COURT
           EASTERN DISTRICT OF LA

           2023 APR 14   A 9:26

             CAROL L. MICHEL
                  CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# FELONY

### INDICTMENT FOR VIOLATIONS OF THE
### FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **23-69** |
| v. | * | SECTION: **SECT. D MAG. 5** |
| ALEJANDRO AGUILAR-RAMOS<br>FERMIN DANIEL PUENTE-MONTOYA<br>ELIAS SALAS | *<br>*<br>*<br>*<br> | VIOLATIONS: 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>8 U.S.C. § 1326(a) |

\* \* \*

The Grand Jury charges that:

### COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine)

Beginning on a date unknown and continuing to on or about March 23, 2023, in the Eastern District of Louisiana and elsewhere, the defendants, **ALEJANDRO AGUILAR-RAMOS**, **FERMIN DANIEL PUENTE-MONTOYA**, and **ELIAS SALAS**, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 500

```
___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____
```

grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), all in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Possession with Intent to Distribute Methamphetamine)

On or about March 23, 2023, in the Eastern District of Louisiana, the defendants, **ALEJANDRO AGUILAR-RAMOS, FERMIN DANIEL PUENTE-MONTOYA**, and **ELIAS SALAS**, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 3
(Illegal Reentry of a Removed Alien)

On or about March 23, 2023, in the Eastern District of Louisiana, the defendant, **FERMIN DANIEL PUENTE-MONTOYA**, an alien, was found in the United States after having been officially deported and removed therefrom on or about August 10, 2017, and without the approval of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, as provided for in Title 6, United States Code, Sections 202(3), 202(4), and 557, having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

## NOTICE OF FORFEITURE

1.  The allegations of Counts 1 and 2 are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.  As a result of the offenses alleged in Counts 1 and 2, the defendants, **ALEJANDRO AGUILAR-RAMOS, FERMIN DANIEL PUENTE-MONTOYA**, and **ELIAS**

**SALAS**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained directly or indirectly as the result of said offenses, and any property used or intended to be used in any manner or part to commit or to facilitate the commission of said offenses.

3. If any of the above-described property, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.

A TRUE BILL:

DUANE A. EVANS
UNITED STATES ATTORNEY

*Stuart Theriot*
STUART M. THERIOT
Assistant United States Attorney
La. Bar Roll No. 36952

New Orleans, Louisiana
April 14, 2023

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

**FERMIN DANIEL PUENTE-MONTOYA**
**ALEJANDRO AGUILAR-RAMOS**
**ELIAS SALAS**

## INDICTMENT

### INDICTMENT FOR VIOLATIONS OF THE CONTROLLED SUBSTANCES ACT

**VIOLATIONS:** 21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
8 U.S.C. § 1326(a)

Filed in open court this _____ day of _____
2023.

_____
Clerk

Bail, $ _____

_____
Stuart M. Theriot
Assistant United States Attorney